

June





August



September