WU23!

**BOUBACAR S. TOURE**

| Pay Date | Period End |
|---|---|
| 07/31/2023 | 07/31/2023 |

## GROSS WAGES

| Code | Units | Current | YTD |
|---|---|---|---|
| Coaching | 1.00 | 225.00 | 2,243.20 |

**TOTALS**  225.00

## TAXES

| Code | Current | YTD |
|---|---|---|
| FIT | 0.00 | 0.00 |
| S.S. | 13.95 | 139.08 |
| Med. | 3.27 | 32.53 |

17.22   171.61

## DEDUCTIONS

| Code | Current | YTD |
|---|---|---|

## BENEFITS

| Code | Current | Y |
|---|---|---|

Deposit

| | |
|---|---|
| NET PAY | $207.78 |
| NET YTD | $2,071.59 |
| GROSS YTD | $2,243.20 |

WU23591

# BOUBACAR S. TOURE

**Pay Date**  
08/31/2023

**Period End**  
08/31/2023

## GROSS WAGES

| Code | Units | Current | YTD |
|---|---|---|---|
| Coaching | 1.00 | 225.00 | 2,468.20 |

## TAXES

| Code | Current | YTD |
|---|---|---|
| FIT | 0.00 | 0.00 |
| S.S. | 13.95 | 153.03 |
| Med. | 3.26 | 35.79 |

## DEDUCTIONS

| Code | Current | YTD |
|---|---|---|
| | | |

## BENEFITS

| Code | Current | YTD |
|---|---|---|
| | | |

**TOTALS**　　225.00　　　17.21　　188.82

Deposit

| | |
|---|---|
| NET PAY | $207.79 |
| NET YTD | $2,279.38 |
| GROSS YTD | $2,468.20 |



**BOUBACAR S. TOURE**    WU23591

| Pay Date | Period End |
|---|---|
| 09/29/2023 | 09/30/2023 |

### GROSS WAGES

| Code | Units | Current | YTD |
|---|---|---|---|
| Coaching | 1.00 | 225.00 | 2,693.20 |

### TAXES

| Code | Current | YTD |
|---|---|---|
| FIT | 0.00 | 0.00 |
| S.S. | 13.95 | 166.98 |
| Med. | 3.26 | 39.05 |

### DEDUCTIONS

| Code | Current | YTD |
|---|---|---|

### BENEFITS

| Code | Current | YTD |
|---|---|---|

### TOTALS

225.00     17.21     206.03

Deposit

NET PAY     $207.79
NET YTD     $2,487.17
GROSS YTD   $2,693.20