UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | BOUBACAR TOURE | : | Bankruptcy No. 23-12843 |
|---|---|---|---|
| | | : | |
| | | : | |
| | DEBTOR | : | Chapter 13 |

### PRAECIPE TO WITHDRAW DEBTOR'S ANSWER TO MOVANT'S MOTION FOR RELIEF WHICH WAS FILED ON JANUARY 2, 2024

TO THE CLERK:

    Kindly docket as follows:

    Please withdraw Debtor's Answer to Movant's Motion for Relief which was filed on January 2, 2024 (docket #25)

    Respectfully submitted,

    /Zachary Perlick/
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
Phone: (215) 569-2922
Fax:   (215) 569-1444