United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 23-12843-amc

Boubacar Toure   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: May 16, 2024   Form ID: pdf900   Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boubacar Toure, 106 Birkdale Circle, Avondale, PA 19311-1449 |
| 14823462 | | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14823463 | + | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 14816629 | + | Hartefeld Homeowner's Association, c/o Landis & Setzler, PC, 16 N. New Street, West Chester, PA 19380-2905 |
| 14816633 | + | New Garden Township, 299 Starr Road, Landenberg, PA 19350-9208 |
| 14823471 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:24:28 | LVNV Funding LLC c/o Resurgent Capital Services, LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:24:18 | Pinnacle Credit Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816630 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2024 00:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14849415 | + | Email/Text: Bankruptcy@keystonecollects.com | May 17 2024 00:12:00 | Kenneth Consolidated School District/New Garden To, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14816631 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 01:40:06 | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14816632 | | Email/Text: camanagement@mtb.com | May 17 2024 00:12:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14822525 | ^ | MEBN | May 17 2024 00:05:59 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14816634 | + | Email/Text: Bankruptcy@keystonecollects.com | May 17 2024 00:12:00 | New Garden Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14816635 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14817199 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 20

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14816636 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 01:40:06 | Pinnacle Credit Services, LLC, Resurgent Capital Services POB 10587, Greenville, SC 29603-0587 |
| 14824202 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:12:57 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816637 | + | Email/Text: REV_Bankruptcy_General@state.de.us | May 17 2024 00:12:00 | State of Delaware Division of Revenue, 820 North French Street MS #25, Wilmington, DE 19801-3509 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14823476 | * | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14823477 | *+ | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 14823464 | *+ | Hartefeld Homeowner's Association, c/o Landis & Setzler, PC, 16 N. New Street, West Chester, PA 19380-2905 |
| 14823478 | *+ | Hartefeld Homeowner's Association, c/o Landis & Setzler, PC, 16 N. New Street, West Chester, PA 19380-2905 |
| 14823465 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14823479 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14823466 | * | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14823480 | * | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14831838 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14823467 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14823481 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14823468 | *+ | New Garden Township, 299 Starr Road, Landenberg, PA 19350-9208 |
| 14823482 | *+ | New Garden Township, 299 Starr Road, Landenberg, PA 19350-9208 |
| 14823469 | *+ | New Garden Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14823483 | *+ | New Garden Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14823470 | * | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14823484 | * | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14823485 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14823472 | * | Pinnacle Credit Services, LLC, Resurgent Capital Services POB 10587, Greenville, SC 29603-0587 |
| 14823486 | * | Pinnacle Credit Services, LLC, Resurgent Capital Services POB 10587, Greenville, SC 29603-0587 |
| 14823473 | *+ | State of Delaware Division of Revenue, 820 North French Street MS #25, Wilmington, DE 19801-3509 |
| 14823487 | *+ | State of Delaware Division of Revenue, 820 North French Street MS #25, Wilmington, DE 19801-3509 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024      Signature:      /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 20

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Boubacar Toure Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 5

# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12843amc |
| Boubacar Toure, | Chapter 13 |
| Debtor. | Related to ECF No. 39 |

### Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor pursuant to 11 U.S.C. §1326(a)(2).

Date: May 16, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge