United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12843-amc

Boubacar Toure  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 1
Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

**Recip ID**    **Recipient Name and Address**
db      + Boubacar Toure, 106 Birkdale Circle, Avondale, PA 19311-1449

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
     on behalf of Debtor Boubacar Toure Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | BOUBACAR TOURE | : | CHAPTER 13 |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 23-12843AMC |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 5,875.00 |
| Attorney fee already paid by Debtor | $ 3,000.00 |
| Net amount to be paid by Trustee | $ 2,875.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

Date: Sept. 3, 2024

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

Dated: